IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, | ) ) ) | |
| Plaintiff, | ) ) ) | C05-4029-DEO |
| vs. | ) ) | JUDGMENT |
| GELITA, USA, INC., | ) ) | IN A CIVIL CASE |
| Defendant. | ) ) | |

    This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Judgment is entered in favor of the Plaintiff, United Food and Commercial Workers International Union, but limited to finding that the grievance at issue is subject to arbitration under the CBA.

    Dated: February 13, 2007

                                   PRIDGEN J. WATKINS
                                   Clerk

                                   /s/ des
                                 (By) Deputy Clerk